# United States District Court
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR 98-176 (JAF) |
| ROBERTO MUÑIZ-MARTINEZ<br>a.k.a. "Roberto El Mongo" | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO MUÑIZ-MARTINEZ, a.k.a. "Roberto El Mongo"

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

Conspire and confedeate with othrs to commit th offnse of knowing and intentional possession with intent to distribute in excess of five (5) kilograms of cocaine and in excess of one (1) kilogram of heroin. All in violation of Title 21, United States Code, Section 841 (a) (1) and 846.

| | |
|---|---|
| Jesús A. Castellanos<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| BY: _____, Deputy Clerk<br>Signature of Issuing Officer | August 19, 1998 at San Juan, Puerto Rico<br>Date and Location |

Bail fixed at $ _____ by _____
                                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received<br>8\19\98 | Name and Title of Arresting Officer<br>DEA | Signature of Arresting Officer<br>EXECUTED for DEA |
|---|---|---|
| Date of Arrest<br>9\03 | DEA | |

AO 442 (Rev. 12/85) Warrant for Arrest